DISTRICT JUDGE BARBARA J. ROTHSTEIN
MAGISTRATE JUDGE DAVID W. CHRISTEL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER J. CANNATA,<br><br>                  Plaintiff,<br><br>  v.<br><br>JAMES HOAG, et al.,<br><br>                  Defendants. | NO. 3:21-cv-05307-BJR-DWC<br><br>STIPULATION AND ORDER FOR DISMISSAL |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, CHRISTOPHER J. CANNATA, appearing by and through his attorney of record, DARRYL PARKER, and Defendants, JAMES HOAG and TIMOTHY TAYLOR, by and through their attorneys of record, ROBERT W. FERGUSON, Attorney General, and CANDIE M. DIBBLE, Assistant Attorney General, that the parties to this action agree to the dismissal of the Defendants, with prejudice, in the above-entitled action.

DATED this 4th day of April, 2023.              DATED this 4th day of April, 2023.


s/ Candie M. Dibble                             s/ Darryl Parker
CANDIE M. DIBBLE, WSBA #42279                   DARRYL PARKER, WSBA #30770
Assistant Attorney General                      Attorney for Plaintiff
Attorneys for Defendants

STIPULATION AND ORDER FOR DISMISSAL
No. 3:21-cv-05307-BJR-DWC

1

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

## ORDER

THIS MATTER having come before this Court on the stipulation of the parties, and requesting a dismissal of Plaintiff CHRISTOPHER J. CANNATA'S claims against the Defendants, and the Court having been advised in the premises, now, therefore.

**IT IS HEREBY ORDERED**, that Plaintiff CHRISTOPHER J. CANNATA'S claims against the Defendants in the above-referenced cause of action, are hereby dismissed with prejudice.

DATED this 5th day of April, 2023.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION AND ORDER FOR DISMISSAL
No. 3:21-cv-05307-BJR-DWC

2

ATTORNEY GENERAL OF WASHINGTON
Corrections Division
1116 West Riverside Avenue, Suite 100
Spokane, WA 99201-1106
(509) 456-3123